UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK KEANE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE JERROLD ABLES, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:25-cv-3235-ODW-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

　　　IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: August 13, 2025

　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE