UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK KEANE, | Case No. 2:25-cv-3235-ODW-SSC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JUDGE JERROLD ABLES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 13, 2025

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE